IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COREY LAMONT BLAYLOCK<br>TDCJ No. 00680983<br>    Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>    Respondent. | CIVIL NO. 4:20-cv-1525 |

EXHIBIT(S)

(1) EXHIBIT GG-1

(2) EXHIBIT GG-2

(3) EXHIBIT GG-3

(4) EXHIBIT GG-4

EXHIBIT GR-1

```
CSIMF500            T.D.C.J. - INSTITUTIONAL DIVISION       INMATE VISITORS LIST
                DATE: 04/29/19           TIME: 15:43:56

NAME:  BLAYLOCK,COREY LAMONT            TDC# 00680983  STAT/CUST: S3   G2 UNIT: E2
HSNG ASSIGNMENT: ROW-CELL-1-        G2 CELL: 26   LAST VISITOR LIST CHANGE: 08 03 18
INMATE TYPE: ID
SPENCER, ALICE                          MO     3815 KUSHLA AVE, DALLAS, TX
GARDNER, THURMAN                        S/FA   3815 KUSHLA AVE, DALLAS, TX
ROBINSON, TAMERA C                      ICMO   807 DAKOTA LANE, SEAGOVILLE, TX
WILLIAMS, MILDRED                       MG/MO  3815 KUSHLA AVE, DALLAS, TX
BLAYLOCK, DEBONIE S                     DAU    12005 OERLIN DR, DALLAS, TX
ROBINSON, TATYANNA L                    DAU    1326 MILLWOOD LN, GARLAND, TX
MACK, JANETT                            FRND   663 JONES RD, LONGVIEW, TX
ALLEN, EVELYN S                         FRND   12005 OBERLIN DR, DALLAS, TX
FUERY, ARTHUR                           SN/IL  9475 FOREST SPRING, DALLAS, TX
NEAL, SUZANNE                           FRND   216 ROLLING HILLS PL., LANCASTER, TX

                    1 CONTACT VISIT PER WEEK
CONTACT VISITS THIS MO:   0 LAST VISIT DATE: 07 21 18  CONTACT VISIT ELIG. Y
REGULAR VISITS THIS MO:   0 LAST VISIT DATE: 07 22 17  OFFNDR VISIT ELIG. Y
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE: 12 06 03
ENTER NEXT TDCNO, CODE, OR REQUEST: _____             OR SIDNO _____
PF1=HELP,   PF2=OTS INQUIRY SCREEN,   PF5=DISAPPROVED LIST   PF10=FAMILY PAGE
```

```
CSIMF500            T.D.C.J. - INSTITUTIONAL DIVISION       INMATE VISITORS LIST
                 DATE: 08/21/19      TIME: 12:51:54
OFFENDER HAS DISAPPROVED VISITORS
NAME: BLAYLOCK, COREY LAMONT           TDC# 00680983  STAT/CUST: L1   G4 UNIT: E2
HSNG ASSIGNMENT: ROW K1-2    G4 CELL: 12  LAST VISITOR LIST CHANGE: 08 03 18
INMATE TYPE: ID
ROBINSON, TAMERA C                     ICMO   807 DAKOTA LANE, SEAGOVILLE, TX
WILLIAMS, MILDRED                      MG/MO  3815 KUSHLA AVE, DALLAS, TX
ROBINSON, TATYANNA L                   DAU    1326 MILLWOOD LN, GARLAND, TX
→ MACK, JANETT                          FRND   663 JONES RD, LONGVIEW, TX
ALLEN, EVELYN S                        FRND   12005 OBERLIN DR, DALLAS, TX
→ FUERY, ARTHUR                         SN/IL  9475 FOREST SPRING, DALLAS, TX
→ NEAL, SUZANNE                         FRND   216 ROLLING HILLS PL, LANCASTER, TX



                   1 REGULAR VISIT PER WEEK
CONTACT VISITS THIS MO:   0 LAST VISIT DATE: 07 21 18  CONTACT VISIT ELIG. N
REGULAR VISITS THIS MO:   0 LAST VISIT DATE: 07 22 17  OFFNDR VISIT ELIG.  Y
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE: 12 06 03
ENTER NEXT TDCNO, CODE, OR REQUEST:    .                   OR SIDNO _____
PF1=HELP,  PF2=OTS INQUIRY SCREEN,  PF5=DISAPPROVED LIST   PF10=FAMILY PAGE
```

K1-3  20  EXHIBIT GG-3

We have not received anything from the JLL, stating that either your mother or your daughter can be added back to your list.

**TDCJ Offender Visitation Plan**
Attachment D
Page 2 of 2

## REQUEST FOR PLACEMENT ON VISITORS LIST

NAME: Blaylock, Corey    TDCJ NUMBER: 680983    UNIT: E2    DATE: 03/18/2020

I am (check one):  o Married - Legal   o Married - Common-Law   o Divorced   o Separated   o Widowed   ☒ Single

PLEASE PLACE THE FOLLOWING NAMES ON MY VISITORS LIST:

1. Name: Debonie Sharte Blaylock   Age 27   Relationship: Daughter
Address: 12005 Oberlin Dr., Dallas, TX, 75243   Phone #
What is your interest in visiting this person? She's encouraging me to stay trouble free
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☒ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

2. Name: Alice B. Gardner   Age 67   Relationship: Mother
Address: 3815 Kushla Ave., Dallas, TX, 75216   Phone # She want to make sure her son is okay
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☒ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

3. Name: _____   Age ___   Relationship: ___
Address: _____   Phone # ___
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

4. Name: _____   Age ___   Relationship: ___
Address: _____   Phone # ___
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

5. Name: _____   Age ___   Relationship: ___
Address: _____   Phone # ___
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

6. Name: _____   Age ___   Relationship: ___
Address: _____   Phone # ___
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

7. Name: _____   Age ___   Relationship: ___
Address: _____   Phone # ___
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

8. Name: _____   Age ___   Relationship: ___
Address: _____   Phone # ___
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

9. Name: _____   Age ___   Relationship: ___
Address: _____   Phone # ___
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

10. Name: _____   Age ___   Relationship: ___
Address: _____   Phone # ___
What is your interest in visiting this person?
Is the individual: ☐ Current TDCJ Employee ☐ Former TDCJ Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Office Use Only ☐ Approved (Add to Visitors List) ☐ Denied (Do not Add to Visitors List)

Warden or Designee (Print/Sign/Date):

RO-1 Back Page                                                  February 2014

TDCJ *Offender Visitation Plan*
Attachment D
Page 1 of 2

# HOW OFFENDERS REQUEST CHANGES TO THE VISITORS LIST

In order to consider changes in an offender's Visitors List, it is necessary that the unit administration receive certain types of information about the person with whom the offender wishes to visit.

To have changes in the offender's Visitors List approved as quickly as possible, listed below are points to keep in mind when writing the unit administration.

ONLY 10 NAMES can appear on the offender's Visitors List. If the offender wishes to replace one person with another, the offender must be sure to indicate the person to be removed from the Visitors List. Use the space provided on the reverse side of this page.

ANY MEMBER OF THE OFFENDER'S IMMEDIATE FAMILY shall be approved without further investigation if that person's name appears in the TDCJ records. "Immediate Family," for the purpose of this plan, is a ceremonial, proxy, or common-law spouse, natural or adopted mother and stepmother; natural or adopted father and stepfather; natural or adopted children, stepchildren, grandchildren, and step-grandchildren; natural or adopted siblings and stepsiblings; natural or adopted grandparents and step-grandparents; aunt, uncle; and persons related by marriage, which are in-laws: father, mother, daughter, son, brother, sister, grandchildren, and grandparents.

If the offender wishes to visit with an immediate family member not listed when interviewed, it will be necessary for the TDCJ to investigate that person prior to approving a visit.

CHANGES IN MARITAL STATUS since admitted require verification. For example, if an offender has obtained or received a divorce, it will be necessary for the offender to furnish verifiable information regarding the divorce in order to change the marital status portions of the Visitors List.

FORMER OR CURRENT TDCJ EMPLOYEES whom offenders are requesting to be placed on the Visitors List must be indicated by checking the appropriate box. An RO-2, Visitation Approval Form - Current/Former TDCJ Employee, is required to be submitted by the offender in addition to the RO-1 for each former or current TDCJ employee requested.

## DECLARATION

I, Blaylock, Corey L. TDCJ # 680983, hereby certify that all the information given on this form is true and correct to the best of my knowledge. I am aware that false or incomplete information could result in DISCIPLINARY ACTION and/or removal of the person from my Visitors List.

_Corey Lamont Blaylock_     03-18-2020
(Signature)                 Date

LIST THE NAMES YOU WISH REMOVED FROM YOUR VISITORS LIST (print clearly):

_____
_____

RO-1 Front Page                                    February 2014




# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Administrative Review and Risk Management Division

January 14, 2020

Offender Blaylock, Corey
TDCJ #680983
Estelle Unit
264 FM 3478
Huntsville, TX 77320

Offender Blaylock,

I have received your I-60 regarding disciplinary case #20190212944. I have conducted a review of the documentation of this case, but this was not a grievance investigation. Your I-60 stated that there was no evidence to support the charging Officer's allegation. The documentation of this case indicates that there was a handwriting analysis conducted by a staff member certified in the area of handwriting analysis. The location of the offense is where the offense was discovered, not the place where you were at the time. The report is included in the case paperwork. I did not detect any procedural errors or due process violations with this case, so it will not be overturned. This concludes all administrative action in this matter.

Mr. Terry Pickett
Program Supervisor III
Region 1 Disciplinary